1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   JEFFREY A. SPIVAK
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 5:24-MJ-00029-CDB
12 |                       Plaintiff, | ORDER TO UNSEAL CASE
13 |            v.
14 | XAVIER AMPILLIO ELIAS,
15 |                       Defendant.

20      On the motion of the United States of America and good cause appearing due to the defendant's
21 pending initial appearance in this case, it is ordered that the Indictment and all other filings in the case
22 be unsealed.
23 IT IS SO ORDERED.
24    Dated:  **June 24, 2024**          _____
25                                        UNITED STATES MAGISTRATE JUDGE

3